UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISAWANG KHAMBOUNHEUANG,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM, PAMELA JO BONDI, TODD M. LYONS, JESUS ROCHA, CHRISTOPHER LAROSE,<br><br>  Respondents. | Case No.:  25-cv-02575-JO-SBC<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 3]** |

Petitioner Sisawang Khambounheuang ("Petitioner") filed a motion for temporary restraining order. Dkt. 3. For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's motion for a temporary restraining order. Respondents are ORDERED to release Petitioner by 12 p.m. on October 10, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on October 11, 2025.

(2) Respondents, along with their agents, employees, successors, attorneys, and all persons acting in concert with them, are ENJOINED from removing Petitioner from the United States or this District pending the resolution of this matter,

pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651(a). *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966); *Al Otro Lado v. Wolf*, 952 F.3d 999, n.6 (9th Cir. 2020).

(3) As part of the preliminary injunction briefing, the parties are ORDERED to address the Government's compliance with procedures under both 8 C.F.R. § 241.4 and 8 C.F.R. § 241.13.  This briefing should cover (a) the Government's grounds and internal decision-making process for revoking Petitioner's release, including whether any changed circumstances justify revocation of Petitioner's release, and (2) whether Petitioner has been provided an initial informal interview.

**IT IS SO ORDERED.**

Date: October 9, 2025

_____

Honorable Jinsook Ohta
United States District Judge