

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISAWANG KHAMBOUNHEUANG,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM; PAMELA J. BONDI; TODD M. LYONS; JESUS ROCHA; CHRISTOPHER LAROSE,<br><br>Defendants. | Case No.:  25-cv-2575<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION [DKT. 15]** |

On September 30, 2025, Petitioner Sisawang Khambounheuang ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for a temporary restraining order ("TRO"), alleging that the Government unlawfully redetained him on August 13, 2025, in violation of his substantive and procedural due process rights, including violations of the Government's own procedures under *United States ex rel. Accardi v. Shaughnessy*, 347 U.S. 260 (1954).  Dkts. 1, 3.  On October 9, 2025, the Court granted Petitioner's motion for a TRO on both substantive due process and procedural due process/*Accardi* grounds.  Dkt. 12.  On October 15, 2025, Petitioner filed a motion for preliminary injunction, renewing his request for injunctive relief to preserve the status quo. Dkt. 15.

After reviewing the parties' briefing and holding oral argument, the Court ORDERS as follows:

1. The Court GRANTS Petitioner's motion for preliminary injunction as to his procedural due process claim.
2. Respondents, and their agents, employees, successors, attorneys, and all persons acting in concert with them, are ENJOINED from removing Petitioner from the United States or this District, or from redetaining him, unless and until the Government demonstrates compliance with the procedural requirements of 8 C.F.R. § 241.13(i), including (a) providing Petitioner with written notice of the reasons for any revocation of release and (b) providing Petitioner an informal interview and opportunity to respond to those reasons.
3. The Government shall file a written declaration attesting to full compliance with these obligations 48 hours prior to any redetention.

A written order will follow.

**IT IS SO ORDERED.**

Dated: October 23, 2025

_____
Honorable Jinsook Ohta
United States District Judge